IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH THELEN, individually and on behalf of those similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:22-cv-00208-CFC |
| v. | ) ) | |
| HP, Inc., | ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel Moves for the admission *pro hac vice* of Scott D. Hirsch to represent Plaintiff, Deborah Thelen in this matter.

Respectfully submitted,

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

*Attorney for Deborah Thelen*

Date: March 9, 2022

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____        _____
                                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid  ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: March 9, 2022

_/s/ Scott D. Hirsch_

Scott D. Hirsch
Fla. Bar No.: 50833
scott@scotthirschlawgroup.com
Scott Hirsch Law Group
6810 N. State Road 7, Coconut Creek, FL 33073
(561) 569-7062