## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DEBORAH THELEN, individually )
and on behalf of those similarly situated )
                           )
        Plaintiff, )    C.A. No. 1:22-cv-00208-CFC
v. )
                           )
HP Inc., )
                           )
        Defendant. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Jason S. Rathod to represent Plaintiff, Deborah Thelen in this matter.

Respectfully submitted,

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
DELEEUW LAW LLC 1301
Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

*Attorney for Deborah Thelen*

Date: May 18, 2022

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____        _____
                                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: May 13, 2022

*/s/ Jason S. Rathod*

Jason S. Rathod
jrathod@classlawdc.com
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Suite 302
Washington, D.C. 20002
(202) 470-3520