IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; SCOTT EVANS; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HP INC.,<br><br>      Defendant. | C.A. No. 22-208-CFC |

## DEFENDANT'S MOTION TO DISMISS AND TO STRIKE

Defendant HP Inc. ("HP"), by and through its undersigned counsel, respectfully moves to dismiss Plaintiffs' First Amended Class Action Complaint (D.I. 11) in its entirety and to strike the class allegations therein with prejudice.

The grounds for this motion are set forth in HP's Opening Brief in Support of Defendant's Motion to Dismiss and to Strike, filed contemporaneously herewith.

|  |  |
|---|---|
| *Of Counsel*: | /s/ Kelly E. Farnan |
|  | Kelly E. Farnan (#4395) |
| Michael J. Stortz | Richards, Layton & Finger, P.A. |
| Marshall L. Baker | One Rodney Square |
| Akin Gump Strauss Hauer & Feld LLP | 920 N. King Street |
| 580 California Street, Suite 1500 | Wilmington, DE 19801 |
| San Francisco, CA 94104 | (302) 651-7700 |
| (415) 765-9500 | farnan@rlf.com |
| mstortz@akingump.com |  |
| mbaker@akingump.com |  |

Dated: June 23, 2022