IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; SCOTT EVANS; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., <br><br> Defendant. | C.A. No. 22-208-CFC |

**HP INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS**

Pursuant to Federal Rule of Evidence 201, HP requests that this Court take judicial notice of the HP Limited Warranty, which is attached hereto as **Exhibit A**, in the Court's consideration of HP's Motion to Dismiss and to Strike the Class Allegations in Plaintiffs' First Amended Complaint ("FAC").

Documents referenced in a complaint are the proper subject of judicial notice, even if those documents are not attached to the complaint. *In re Burlington Coat*

RLF1 27535944v.1

*Factory Sec. Litig.*, 114 F.3d 1410, 1426 (3d Cir. 1997); *see also Webb v. Volvo Cars of N.A., LLC*, 2018 WL 1470470, at *9 n.9 (E.D. Pa. Mar. 26, 2018) (taking judicial notice of defendant's warranty terms).

Here, the HP Limited Warranty is integral to and repeatedly referenced in the FAC. *See* FAC ¶¶ 19, 20, 65 (quoting HP Limited Warranty), 208, 400, 427, n.12 (linking to HP website displaying HP Limited Warranty), n.13 (same). **Exhibit A** is identical to the versions linked in footnotes 12 and 13 of the FAC.

Accordingly, this Court should take judicial notice of **Exhibit A**.

|  |  |
|---|---|
| *Of Counsel*:<br><br>Michael J. Stortz<br>Marshall L. Baker<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>(415) 765-9500<br>mstortz@akingump.com<br>mbaker@akingump.com<br><br>Dated: June 23, 2022 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant HP Inc.* |