IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; SCOTT EVANS; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>HP INC.,<br><br>        Defendant. | C.A. No. 22-208-CFC |

## HP INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HP Inc. hereby provides the following corporate disclosure statement:

1.   HP Inc. is a Delaware corporation.

2.   HP Inc. has no parent corporation.

3.   Berkshire Hathaway Inc., a publicly held corporation, owns 10% or more of HP Inc.'s stock.

RLF1 27536284v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Michael J. Stortz<br>Marshall L. Baker<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>(415) 765-9500<br>mstortz@akingump.com<br>mbaker@akingump.com<br><br>Dated: June 23, 2022 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant HP Inc.* |