IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; SCOTT EVANS; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>HP INC.,<br><br>        Defendant. | C.A. No. 22-208-CFC |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on June 16, 2022, the parties filed a Joint Stipulation and [Proposed] Order (D.I 12) (the "Stipulation") which the Court So-Ordered on that same date (the "June 16, 2022 Stipulated Order");

WHEREAS, the June 16, 2022 Stipulated Order provided, in part, that: "Plaintiff shall file an amended complaint or file an answering brief in opposition to the Motion within 28 days of HP's filing of its opening brief" and "[i]f Plaintiffs amend their complaint, the parties shall confer regarding an appropriate schedule for

HP to respond to the amended complaint and shall file a stipulation for the Court's consideration." June 16, 2022 Stipulated Order at 1(b), (d) (bold text removed);

WHEREAS, pursuant to the June 16, 2022 Stipulated Order, Plaintiffs' response to the Motion is currently due on July 21, 2022;

WHEREAS, Plaintiffs' counsel informed HP's counsel that Plaintiffs intend to file an amended complaint; Plaintiffs requested one additional week to file their amended complaint; and HP has agreed to Plaintiffs' extension request;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1. Plaintiffs shall file their amended complaint on or before July 28, 2022.

2. After Plaintiffs file their amended complaint, the parties shall promptly confer regarding a schedule for HP's response to the amended complaint, including an anticipated Motion to Dismiss and Strike and shall file a stipulation for the Court's consideration.

| | |
|---|---|
| /s/ P. Bradford deLeeuw | /s/ Kelly E. Farnan |
| P. Bradford deLeeuw (#3569) | Kelly E. Farnan (#4395) |
| deLeeuw Law LLC | Richards, Layton & Finger, P.A. |
| 1301 Walnut Green Road | One Rodney Square |
| Wilmington, DE 19807 | 920 N. King Street |
| (302) 274-2180 | Wilmington, DE 19801 |
| brad@deleeuwlaw.com | (302) 651-7700 |
| | farnan@rlf.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant HP Inc.* |

Dated: July 20, 2022

SO ORDERED this 21st day of July 2022.

_____
Chief United States District Judge