# Exhibit A

DECLARATION OF CAROLE SCHAUER

I, Carole Schauer, declare as follows:

1. I have personal knowledge of the facts stated here and, if called on to do so, I could competently testify about the facts.

2. I am filing the Class Action Complaint captioned *Thelen v. HP Inc.*, in the U.S. District Court for the District of Delaware.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, Cal. Civ. Code. § 1770 et seq.

4. The Class Action Complaint is being filed in the proper place for trial of this action.

5. I understand that Defendant HP Inc. is incorporated in the State of Delaware. HP Inc.

Executed on 05/26/2022 in Apple Valley, California.

*Carole Schauer*
_____
Carole Schauer

## DECLARATION OF LORNE COSMAN

I, Lorne Cosman, declare as follows:

1. I have personal knowledge of the facts stated here and, if called on to do so, I could competently testify about the facts.

2. I am filing the Class Action Complaint captioned *Thelen v. HP Inc.*, in the U.S. District Court for the District of Delaware.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, Cal. Civ. Code. § 1770 et seq.

4. The Class Action Complaint is being filed in the proper place for trial of this action.

5. I understand that Defendant HP Inc. is incorporated in the State of Delaware. HP Inc.

Executed on 05/26/2022 in Sherman Oaks, California.

*Lorne Cosman*
_____
Lorne Cosman

## DECLARATION OF TERENCE GRANER

I, Terence Graner, declare as follows:

1. I have personal knowledge of the facts stated here and, if called on to do so, I could competently testify about the facts.

2. I am filing the Class Action Complaint captioned *Thelen v. HP Inc.*, in the U.S. District Court for the District of Delaware.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, Cal. Civ. Code. § 1770 et seq.

4. The Class Action Complaint is being filed in the proper place for trial of this action.

5. I understand that Defendant HP Inc. is incorporated in the State of Delaware. HP Inc.

Executed on  05/23/2022  in Spring Valley, California.

                                                                          Terence Graner
                                                                          Terence Graner

## DECLARATION OF TRUDY LETSON

I, Trudy Letson, declare as follows:

1. I have personal knowledge of the facts stated here and, if called on to do so, I could competently testify about the facts.

2. I am filing the Class Action Complaint captioned *Thelen v. HP Inc.*, in the U.S. District Court for the District of Delaware.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, Cal. Civ. Code. § 1770 et seq.

4. The Class Action Complaint is being filed in the proper place for trial of this action.

5. I understand that Defendant HP Inc. is incorporated in the State of Delaware. HP Inc.

Executed on 05/23/2022 in jackson, California.

_____
Trudy Letson