IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHROSTPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br>  v. <br><br> HP INC., <br><br>  Defendant. | C.A. No. 22-208-CFC |

## DEFENDANT'S MOTION TO DISMISS AND TO STRIKE

Defendant HP Inc. ("HP"), by and through its undersigned counsel, respectfully moves to dismiss Plaintiffs' individual claims in the Second Amended Class Action Complaint (D.I. 19) without leave to amend and to strike the class allegations therein with prejudice.

RLF1 27898055v.1

The grounds for this motion are set forth in HP's Opening Brief in Support of Defendant's Motion to Dismiss and to Strike, filed contemporaneously herewith.

*Of Counsel*:

Michael J. Stortz
Marshall L. Baker
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
(415) 765-9500
mstortz@akingump.com
mbaker@akingump.com

Dated: September 1, 2022

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant HP Inc.*