

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

January 13, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        RE:    *Thelen, et al. v. HP Inc.*,
                  C.A. No. 22-208-CJB

Dear Judge Burke:

      We represent Defendant HP Inc. ("HP") in the above-referenced action. We write pursuant to District of Delaware Local Rule 7.1.2(b) to provide the Court with supplemental authority in support of HP's pending Motion to Dismiss and to Strike (D.I. 22). The supplemental authority, *Elson v. Black*, No. 21-20349, 2023 WL 111317 (5th Cir. Jan. 5, 2023), is attached as **Exhibit A**.

      *Elson* is relevant to the standards under Federal Rules of Civil Procedure 12 and 23 for striking putative class allegations at the pleadings stage, and application of those standards to putative nationwide class claims, and the myriad of different legal and factual issues raised by such claims. *See Elson,* No. 21-20349, 2023 WL 111317 at *3–*. *See also* HP's Opening Brief (D.I. 23) at 7, 28–31; HP's Reply Brief (D.I. 26) at 15–16.

      *Elson* is also relevant to the standard for pleading claims with specificity as required under Federal Rule of Civil Procedure 9(b), and the application of Rule 9(b) standards to claims similar to those alleged in Plaintiffs' Second Amended Complaint. *See Elson*, No. 21-20349, 2023 WL 111317 at *4–*6. *See also* HP's Opening Brief at 5–6, 8–11; HP's Reply Brief at 2–4, 12.

                                                    Respectfully,

                                                    */s/ Kelly E. Farnan*

                                                    Kelly E. Farnan (#4395)

Attachment

cc:     All Counsel of Record (By CM/ECF)

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com
RLF1 28483290v.1