# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

HP Inc.

        Defendant.

Case No.: 1:22-cv-00208-CJB

**JURY TRIAL DEMANDED**

## MOTION FOR LEAVE TO SUBMIT RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Phyllis Carson; Lorne Cosman; William Draper; Phillip Erickson; Terence Graner; Donald Harman; Sarah Householder; Trudy L. Graner; Trudy Letson; Sabine Miller; Diana Hobert-Powell; Jan Purvis; Patricia Roberts; Carole Schauer; Cara Washington; Stephen Kaplitt; Michael Dobkin; Cheryl Meola; Diane Drake; Christopher Nind; Rose Carina; Bruce

Williams; Anthony Harris; Timur Sakharuk; Robert DiMartino; Ian Perry; Stephen Luther; Gregory Orenski; Rodney Nash; and Deborah Thelen (collectively, "Plaintiffs") by and through their undersigned counsel, respectfully request leave to submit a short response to Defendant's January 13, 2023 Letter attaching a recent Fifth Circuit opinion, *Elson v. Black*, No. 21-20349, 2023 WL 111317 (5th Cir. Jan. 5, 2023) ("*Elson*") as "supplemental authority in support of HP's pending Motion to Dismiss and to Strike (D.I. 22)" (the "Notice of Supplemental Authority") (D.I. 32). In support thereof, Plaintiffs state as follows:

(1) Briefing was completed on Defendant HP, Inc.'s Motion to Dismiss and to Strike (D.I. 22) (the "Motion") on October 27, 2022 (D.I.s 23-27).

(2) Defendant's January 13, 2023 Notice of Supplemental Authority asserts that:

> *Elson* is relevant to the standards under Federal Rules of Civil Procedure 12 and 23 for striking putative class allegations at the pleadings stage, and application of those standards to putative nationwide class claims, and the myriad of different legal and factual issues raised by such claims. *See Elson*, No. 21-20349, 2023 WL 111317 at *3–*. *See also* HP's Opening Brief (D.I. 23) at 7, 28–31; HP's Reply Brief (D.I. 26) at 15–16.
>
> *Elson* is also relevant to the standard for pleading claims with specificity as required under Federal Rule of Civil Procedure 9(b), and the application of Rule 9(b) standards to claims similar to those alleged in Plaintiffs' Second Amended Complaint. *See Elson*, No. 21-20349, 2023 WL 111317 at *4–*6. *See also* HP's Opening Brief at 5–6, 8–11; HP's Reply Brief at 2–4, 12.

(3) Plaintiffs respectfully disagree that *Elson* is relevant authority (persuasive or otherwise) on the standards this Court should apply to the Motion.

(4) Local Rule 7.1.2(b) states after briefing of a motion is complete, "[e]xcept for the citation of subsequent authorities, no additional papers shall be filed absent Court approval."

(1) Accordingly, Plaintiffs respectfully request leave to file a brief response (not to exceed two pages) to address Defendant's Notice of Supplemental Authority.

2

|  |  |
|---|---|
|  | Respectfully, |
|  | */s/ P. Bradford deLeeuw* <br> P. Bradford deLeeuw (#3569) <br> **DELEEUW LAW LLC** <br> 1301 Walnut Green Road <br> Wilmington, DE 19807 |
| OF COUNSEL | (302) 274-2180 <br> brad@deleeuwlaw.com |
| Scott David Hirsch (*pro hac vice*) <br> **SCOTT HIRSCH LAW GROUP PLLC** <br> Fla. Bar No. 50833 <br> 6810 N. State Road 7 <br> Coconut Creek, FL 33073 <br> Tel: (561) 569-7062 <br> scott@scotthirschlawgroup.com |  |
| Nicholas A. Migliaccio (*pro hac vice*) <br> Jason S. Rathod (*pro hac vice*) <br> Mark D. Patronella (*pro hac vice*) <br> **Migliaccio & Rathod LLP** <br> 412 H Street NE <br> Washington, DC 20002 <br> Tel: (202) 470-3520 <br> nmigliaccio@classlawdc.com <br> jrathod@classlawdc.com <br> mpatronella@classlawdc.com |  |
| Dan E. Gustafson <br> David A. Goodwin <br> Anthony J. Stauber <br> **GUSTAFSON GLUEK PLLC** <br> Canadian Pacific Plaza <br> 120 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> Telephone: (612) 333-8844 <br> dgustafson@gustafsongluek.com <br> dgoodwin@gustafsongluek.com <br> tstauber@gustafsongluek.com |  |
| Howard T. Longman <br> **LONGMAN LAW, P.C.** <br> 354 Eisenhower Parkway, Suite 1800 <br> Livingston, N.J. 07039 <br> Telephone: (973) 994-2315 <br> Hlongman@longman.law | *Attorneys for Plaintiffs* |