# RULE 7.1.1 STATEMENT

Pursuant to D. Del., LR 7.1.1, I hereby certify that Plaintiffs' counsel conferred with Defendant's counsel and made reasonable efforts to reach agreement on the matters set forth in Plaintiff's Motion for Leave to Submit Response to Defendant's Notice of Supplemental Authority.

Date: February 10, 2023        /s/ P. Bradford deLeeuw
                               P. Bradford deLeeuw (#3569)