# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>HP Inc.<br><br>      Defendant. | Case No.: 1:22-cv-00208-CJB<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

This _____ day of February, 2023, upon consideration of Plaintiffs' Motion For Leave To Submit Response to Defendant's Notice of Supplemental Authority, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs may file a response no more than two pages.

 

                                                                                                                The Honorable Christopher J. Burke