IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>  v. <br><br>HP INC., <br><br>    Defendant. | C.A. No. 22-208-CJB |

**DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO SUBMT RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On January 13, consistent with Local Rule 7.1.2, HP Inc. ("HP") submitted a non-argumentative letter identifying subsequent authority for the Court  D.I. 32. On the afternoon of February 10, counsel for Plaintiffs reached out to HP to request leave to file a 2-page response. Given the nature of HP's submission, and hoping to avoid the need to burden the Court with additional papers, HP indicated it would not oppose a 1-page non-argumentative response. Plaintiffs quickly rejected that proposal and indicated it wanted HP's position on the actual relief requested. As HP was willing to consider consenting, it requested a draft of the

proposed 2-page submission. Plaintiffs refused, indicated that they had met their obligations under Local Rule 7.1.1, and filed their motion. Ex. 1.

It is counsel's experience that compliance with Local Rule 7.1.1 in these circumstances generally requires providing a draft of the proposed submission so it can be considered in good faith. Given Plaintiffs' refusal to provide the draft to HP (and the Court), the request should be denied. In addition, Plaintiffs have not shown why additional argument is necessary in light of the nature of HP's submission.

Accordingly, HP requests that the Court deny Plaintiffs' request.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant HP Inc.*

Dated: February 14, 2023