IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br> v. <br><br> HP Inc. <br><br>  Defendant. | Case No.: 1:22-cv-00208-CJB <br><br> **JURY TRIAL DEMANDED** |

**REPLY IN FURTHER SUPPPORT OF MOTION FOR LEAVE TO SUBMIT RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Sometimes simple matters can be over-lawyered. As set forth in the motion Plaintiffs provided in advance to Defendant's counsel and subsequently filed (the "Motion") (D.I. 33), Plaintiffs dispute the relevance of the Fifth Circuit's recent *Elson v. Black* Opinion that Defendants recently submitted as supplemental authority. Plaintiffs believe the Court should

have the benefit of their reasoning in adjudicating the pending motions. Consistent with D. Del. LR. 7.1.2, Plaintiffs sought leave of the Court to file a short explication (2 pages or less). In accordance with D. Del. LR. 7.1.1, counsel for Plaintiffs contacted Defendant's counsel and provided a draft of the Motion to obtain Defendant's position.

Surprisingly, rather than providing Defendant's position on the relief sought in the Motion, Defendant's counsel instead proposed that Plaintiffs seek different relief. *See* D.I. 34-1 at p. 3 ("We would not object to a 1-page non-argumentative response, which I think would be consistent with the Local Rules."). But that is not what the Motion seeks, nor what the Local Rules say. D. Del. LR. 7.1.2 prohibits the filing of additional papers in support of or opposition to a motion "absent Court approval." It does not require a movant to seek to file only "non-argumentative" papers, nor provide opposing counsel an advance copy of the papers sought to be filed. Furthermore, a "non-argumentative" submission would necessarily be devoid of any explanation of Plaintiffs' position. It is difficult to imagine what such a submission would say, or what use it would be to the Court.[1]

Plaintiffs respectfully request that the Court grant the Motion.

February 14, 2023                                  Respectfully,

                                                   */s/ P. Bradford deLeeuw*
                                                   P. Bradford deLeeuw (#3569)
                                                   **DELEEUW LAW LLC**
                                                   1301 Walnut Green Road
                                                   Wilmington, DE 19807
                                                   (302) 274-2180
                                                   brad@deleeuwlaw.com

---

[1] It is not this counsel's experience "that compliance with Local Rule 7.1.1 in these circumstances generally requires providing a draft of the proposed submission . . ." In fact, the instant motion was styled after a recent motion [different] defendants filed in this Court in another case. In that case, counsel was not provided with a draft submission, and (reasonably) assented to the relief sought.

OF COUNSEL

Scott David Hirsch (*pro hac vice*)
**SCOTT HIRSCH LAW GROUP PLLC**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
Mark D. Patronella (*pro hac vice*)
**Migliaccio & Rathod LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
mpatronella@classlawdc.com

Dan E. Gustafson
David A. Goodwin
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

Howard T. Longman
**LONGMAN LAW, P.C.**
354 Eisenhower Parkway, Suite 1800
Livingston, N.J. 07039
Telephone: (973) 994-2315
Hlongman@longman.law                *Attorneys for Plaintiffs*