# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHROSTPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | C.A. No. 22-208-CFC |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Michael Stortz, counsel for Defendant HP Inc., and formerly with the law firm Akin Gump Strauss Hauer & Feld LLP, has changed firms. Effective immediately, Michael Stortz, should be served at K&L Gates LLP, as indicated below:

RLF1 28749821v.1

Michael Stortz<br>
K&L Gates LLP<br>
4 Embarcadero Center<br>
Suite 1200<br>
San Francisco, CA 94111<br>
Phone: 415-882-8011<br>
Michael.Stortz@klgates.com

OF COUNSEL:

Michael Stortz
K&L Gates LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
 415-882-8011
Michael.Stortz@klgates.com

Dated:  March 23, 2023

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant HP Inc.*