# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., <br><br> Defendant. | C.A. No. 22-208-CFC |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Defendant HP Inc., hereby notifies the Court of the withdrawal of attorney Marshall L. Baker and the firm of Akin Gump Strauss Hauer & Feld LLP, as counsel of record in this action.

RLF1 28749915v.1

Defendant HP Inc., will continue to be represented by the law firms of K&L Gates LLP and Richards, Layton & Finger, P.A.

| | |
|---|---|
| OF COUNSEL:<br><br>Michael Stortz<br>K&L Gates LLP<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br> 415-882-8011<br>Michael.Stortz@klgates.com | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant HP Inc.* |

Dated:  March 23, 2023