# DELEEUW LAW LLC

1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

March 24, 2023

**BY CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  RE: *Thelen, et al. v. HP Inc.*, **C.A. No. 22-208-CJB**

Dear Judge Burke:

  On behalf of Plaintiffs in the above-captioned action, I write pursuant to District of Delaware Local Rule 7.1.2(b) to provide the Court with subsequent authority in opposition to HP's pending Motion to Dismiss and to Strike (D.I. 22). The subsequent authority, *Almeida v. Apple, Inc.*, No. 21-cv-07109-VC, 2023 U.S. Dist. LEXIS 34300, at *4 (N.D. Cal. Mar. 1, 2023), is attached as Exhibit A.

  *Almeida* is relevant to HP's argument that Plaintiffs' have failed to sufficiently allege HP's knowledge of any defect. *See* HP's Opening Brief (D.I. 23) at 12-13; Plaintiffs' Answering Brief (D.I. 25) at 8-10; HP's Reply Brief (D.I. 26) at 8-9.

  *Almeida* is also relevant to HP's argument that Plaintiffs lack Article III standing for injunctive relief. *See* HP's Opening Brief (D.I. 23) at 27-28; Plaintiffs' Answering Brief (D.I. 25) at 33; HP's Reply Brief (D.I. 26) at 15.

                    Respectfully,

                     */s/ P. Bradford deLeeuw*
                     P. Bradford deLeeuw (#3569)
                     DELEEUW LAW LLC
                     1301 Walnut Green Road
                     Wilmington, DE 19807
                     (302) 274-2180
                     brad@deleeuwlaw.com

Cc: All Counsel of Record (By CM/ECF)