**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PHYLLIS CARSON; LORNE COSMAN;        )
WILLIAM DRAPER; PHILLIP               )
ERICKSON; TERENCE GRANER;             )
DONALD HARMAN; SARAH                  )
HOUSEHOLDER; TRUDY L. GRANER;         )
TRUDY LETSON; SABINE MILLER;          )     Civil Action No. 22-208-CJB
DIANA HOBERT-POWELL; JANET            )
PURVIS; PATRICIA ROBERTS;             )
CAROLE SCHAUER; CARA                  )
WASHINGTON; STEPHEN KAPLITT;          )
MICHAEL DOBKIN; CHERYL MEOLA;         )
DIANE DRAKE; CHRISTOPHER NIND;        )
ROSE CARINA; BRUCE WILLIAMS;          )
ANTHONY HARRIS; TIMUR                 )
SAKHARUK; ROBERT DIMARTINO;           )
IAN PERRY; STEPHEN LUTHER;            )
GREGORY ORENSKI; RODNEY NASH;         )
and DEBORAH THELEN individually and   )
on behalf of all others similarly situated, )
                                      )
              Plaintiffs,             )
                                      )
        v.                            )
                                      )
HP INC.,                              )
                                      )
              Defendant.              )

## **ORDER**

At Wilmington, Delaware this **26th** day of **September, 2024**;

For the reasons stated in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED that Defendant HP, Inc.'s ("HP") motion to dismiss the Second Amended

Complaint, (D.I. 22), is GRANTED-IN-PART and DENIED-IN-PART.  More specifically, the

Motion is:  (1) GRANTED with prejudice as to Plaintiffs' claims for injunctive relief; (2)

GRANTED without prejudice as to Plaintiffs' statutory consumer protection claims, common

law fraud claims and unjust enrichment claims; (3) GRANTED without prejudice as to the

implied warranty claims of Plaintiffs Carole Schauer, Terence Graner, Robert Di Martino and Deborah Thelen, and GRANTED with prejudice as to all other Plaintiffs' implied warranty claims; and (4) DENIED in all other respects.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE