# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., <br><br> Defendant, | Civil Action No. 22-208-CJB |

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that:

(1) Plaintiffs shall file a motion for leave to amend the operative complaint (the "Motion") and their opening brief in support of the Motion on or before December 18, 2024;

(2) Defendant shall file any answering brief in opposition to the Motion on or before January 10, 2025;

(3)  Plaintiffs shall file any reply brief in further support of the Motion on or before January 24, 2025;

(4)  Plaintiffs' opening brief shall be no longer than 5 single-spaced pages, Defendant's answering brief shall be no longer than 5 single spaced pages and Plaintiffs' reply brief shall be no greater than three single-spaced pages.

| | |
|---|---|
| DELEEUW LAW LLC | RICHARDS, LAYTON & FINGER, P.A. |
| By: /s/P. Bradford deLeeuw<br>P. Bradford deLeeuw (#3569)<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>Tel: (302) 274-2180<br>brad@deleeuwlaw.com | By: /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>farnan@rlf.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

Date: November 4, 2024

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE