# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PHYLLIS CARSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HP INC.,<br><br>　　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-208-CJB<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2024, true and correct copies of Plaintiff's Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on the following counsel as indicated:

**VIA E-MAIL**

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

**VIA E-MAIL**

Michael J. Stortz
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882 8200
Michael.Stortz@klgates.com

**VIA E-MAIL**

Nathan Townsend
K&L Gates LLP
210 Sixth Avenue
(412) 355 6500
Pittsburgh, PA 15222
Nathan.Townsend@klgates.com

**VIA E-MAIL**

Tre A. Holloway
K&L Gates LLP
1601 K Street
Washington, D.C. 20006
(202) 778 9000
Tre.Holloway@klgates.com

| | |
|---|---|
| Dated: December 18, 2024 | */s/ P. Bradford deLeeuw* |
| | P. Bradford deLeeuw (DE Bar #3569) |
| OF COUNSEL | DELEEUW LAW LLC |
| | 1301 Walnut Green Road |
| Scott David Hirsch (*pro hac vice*) | Wilmington, DE 19807 |
| **SCOTT HIRSCH LAW GROUP PLLC** | (302) 274-2180 |
| Fla. Bar No. 50833 | brad@deleeuwlaw.com |
| 6810 N. State Road 7 | |
| Coconut Creek, FL 33073 | *Counsel for Plaintiffs* |
| Tel: (561) 569-7062 | |
| scott@scotthirschlawgroup.com | |

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
Mark D. Patronella (*pro hac vice*)
**Migliaccio & Rathod LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
mpatronella@classlawdc.com

Dan E. Gustafson
David A. Goodwin
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

Howard T. Longman
**LONGMAN LAW, P.C.**
354 Eisenhower Parkway, Suite 1800
Livingston, N.J. 07039
Telephone: (973) 994-2315
Hlongman@longman.law