# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-208-CJB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2024, true and correct copies of Defendant HP Inc.'s Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
P. Bradford deLeeuw
deLeeuw Law LLC
1301 Walnut Green Road
Wilmington, DE 19807

**BY ELECTRONIC MAIL**
Scott David Hirsch
Scott Hirsch Law Group PLLC
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073

**BY ELECTRONIC MAIL**
Nicholas A. Migliaccio
Jason S. Rathod
Mark D. Patronella
Migliaccio & Rathod LLP
412 H Street NE
Washington, DC 20002

**BY ELECTRONIC MAIL**
Dan E. Gustafson
David A. Goodwin
Anthony J. Stauber
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

**BY ELECTRONIC MAIL**
Howard T. Longman
Longman Law, P.C.
354 Eisenhower Parkway, Suite 1800
Livingston, NJ 07039

RLF1 32053772v.1

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| Michael J. Stortz | Richards, Layton & Finger, P.A. |
| K&L Gates LLP | One Rodney Square |
| 4 Embarcadero Center, Suite 1200 | 920 N. King Street |
| San Francisco, CA 94111 | Wilmington, DE 19801 |
| (415) 882 8200 | (302) 651-7700 |
| Michael.Stortz@klgates.com | farnan@rlf.com |
| | |
| Nathan Townsend | *Attorneys for Defendant HP Inc.* |
| K&L Gates LLP | |
| 210 Sixth Avenue | |
| (412) 355 6500 | |
| Pittsburgh, PA 15222 | |
| Nathan.Townsend@klgates.com | |
| | |
| Tre A. Holloway | |
| K&L Gates LLP | |
| 1601 K Street | |
| Washington, D.C. 20006 | |
| (202) 778 9000 | |
| Tre.Holloway@klgates.com | |

Dated:  December 19, 2024

RLF1 32053772v.1