# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY L. GRANER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>HP INC.,<br><br>        Defendant, | Civil Action No. 22-208-CJB |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for the parties to submit a proposed protective order to the Court (D.I. 51 ¶ 3) is extended through and including January 9, 2025.

| | |
|---|---|
| */s/ P. Bradford deLeeuw* | */s/ Kelly E. Farnan* |
| P. Bradford deLeeuw (#3569) | Kelly E. Farnan (#4395) |
| deLeeuw Law LLC | Richards, Layton & Finger, P.A. |
| 1301 Walnut Green Road | One Rodney Square |
| Wilmington, DE 19807 | 920 N. King Street |
| (302) 274-2180 | Wilmington, DE 19801 |
| brad@deleeuwlaw.com | (302) 651-7700 |
| | farnan@rlf.com |
| *Attorney for Plaintiffs* | |
| | *Attorney for Defendant HP Inc.* |

Dated:  December 20, 2024

SO ORDERED this _____ day of December, 2024.

_____
United States Magistrate Judge