**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROLE SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND;  ROSE CARINA; BRUCE WILLIAMS;  ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO;  IAN PERRY; STEPHEN LUTHER; GREGORY ORENSKI; RODNEY NASH;  and DEBORAH THELEN individually and  on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) Civil Action No. 22-208-CJB ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HP INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON**
**MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that:

1. Defendant shall file its motion to dismiss Plaintiffs' third amended complaint and opening brief by February 7, 2025. The opening brief shall be limited to seventeen (17) pages exclusive of a table of authority and table of contents.

2.      Plaintiff shall file its response to Defendant's motion to dismiss by March 7, 2025. The response shall be limited to seventeen (17) pages exclusive of a table of authority and table of contents.

3.      Defendant shall file its reply brief by March 21, 2025. The reply brief shall be limited to eight (8) pages exclusive of a table of authority and table of contents.

/s/ P. Bradford deLeeuw

P. Bradford deLeeuw (#3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
Tel: (302) 274-2180
brad@deleeuwlaw.com

*Attorney for Plaintiffs*

/s/ Kelly E. Farnan

Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Tel: (302) 651-7700
farnan@rlf.com

*Attorney for Defendant*

Dated: January 14, 2025
            SO ORDERED this _____ day of _____, 2025.


_____
UNITED STATES MAGISTRATE JUDGE