IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS CARSON; LORNE COSMAN; WILLIAM DRAPER; PHILLIP ERICKSON; TERENCE GRANER; DONALD HARMAN; SARAH HOUSEHOLDER; TRUDY LETSON; SABINE MILLER; DIANA HOBERT-POWELL; JANET PURVIS; PATRICIA ROBERTS; CAROl SCHAUER; CARA WASHINGTON; STEPHEN KAPLITT; MICHAEL DOBKIN; CHERYL MEOLA; DIANE DRAKE; CHRISTOPHER NIND; ROSE CARINA; BRUCE WILLIAMS; ANTHONY HARRIS; TIMUR SAKHARUK; ROBERT DIMARTINO; IAN PERRY; STEPHE LUTHER; GREGORY ORENSKI; RODNEY NASH; and DEBORAH THELEN, individually a on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., <br><br> Defendant. | C.A. No. 22-208-CJB |

## DEFENDANT'S MOTION TO DISMISS

Defendant HP Inc. ("HP"), by and through its undersigned counsel, respectfully moves to dismiss Plaintiffs' Third Amended Class Action Complaint (D.I. 58). The grounds for this motion are set forth in HP's Opening Brief in Support of Defendant's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint, filed contemporaneously herewith.

*Of Counsel:*

Michael J. Stortz
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Nathan Townsend
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222

Tre A. Holloway
K&L Gates LLP
1601 K Street
Washington, DC 20006

Dated:  February 7, 2025

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
20 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant HP Inc.*

2